Isum C. JOHNSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28922.

Court of Criminal Appeals of Texas.

March 27, 1957.

Rudy COY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28911.

Court of Criminal Appeals of Texas.

March 27, 1957.

See, also, 288 S.W.2d 782.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is transporting intoxicating liquor in a dry area; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder; the punishment, ten years.

The record on appeal contains no statement of facts of bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.